Raymond RONK and Melissa Benson, Petitioners

v.

Judith ISRAEL, Respondent

No. 142 WAL 2017

Supreme Court of Pennsylvania.

October 4, 2017

## ORDER

PER CURIAM

AND NOW, this 4th day of October, 2017, the Petition for Allowance of Appeal is **DENIED**.

COMMONWEALTH of Pennsylvania, Respondent

v.

J.G.M., Petitioner

No. 271 MAL 2017

Supreme Court of Pennsylvania.

October 4, 2017

## ORDER

PER CURIAM

AND NOW, this 4th day of October, 2017, the Petition for Allowance of Appeal is **DENIED**.

COMMONWEALTH of Pennsylvania, Respondent

v.

Jorge Luis ARROYO–O'NEILL, Petitioner

No. 204 MAL 2017

Supreme Court of Pennsylvania.

October 4, 2017

## ORDER

PER CURIAM

AND NOW, this 4th day of October, 2017, the Petition for Allowance of Appeal is **DENIED**, and counsel's Application to Withdraw as Counsel is **DISMISS** as moot.

Robert BUNNER, Petitioner

v.

WORKERS' COMPENSATION APPEAL BOARD (DEL-CORA), Respondents

No. 225 MAL 2017

Supreme Court of Pennsylvania.

October 4, 2017